1  DENNIS WAKS, Bar # 142581
   Interim Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   HUMBERTO GOMEZ-GARCIA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  No. CR-S-05-486 EJG
                                   )
12                 Plaintiff,      )
                                   )  STIPULATION AND ORDER
13      v.                         )
                                   )
14 HUMBERTO GOMEZ-GARCIA,          )  Date: January 27, 2006
                                   )  Time: 10:00 A.M.
15                                 )
                                   )  Judge: Hon. Edward J. Garcia
16                 Defendant.      )
   _____ )
17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, MICHAEL BECKWITH, Assistant United States

20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant, that the current status conference of

22 January 13, 2006 be vacated and a new date of January 27, 2006 be set

23 for status.

24      Defense counsel is awaiting copies of the complete court file for

25 one of the defendant's prior convictions.  Review of this file will

26 assist in determining the appropriate criminal history level for Mr.

27 Gomez-Garcia.

28 / / /

 1   It is stipulated and agreed between the parties that the period
 2 beginning January 13, 2006 to January 27, 2006, should be excluded in
 3 computing the time within which the trial of the above criminal
 4 prosecution must commence for purposes of the Speedy Trial Act for
 5 defense preparation.  All parties stipulate and agree that this is an
 6 appropriate exclusion of time within the meaning of Title 18, United
 7 States Code, Section 3161(h)(8)(iv) (Local Code T4).
 8 Dated: January 11, 2006

                                        Respectfully submitted,

                                        DENNIS WAKS
                                        Interim Federal Defender


                                        /s/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        HUMBERTO GOMEZ-GARCIA


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  January 11, 2006
                                        /s/ MICHAEL BECKWITH
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney



                                **********
                                  **ORDER**

   **IT IS SO ORDERED.**

DATED: January 11, 2005
                                        /s/ Edward J. Garcia
                                        HONORABLE EDWARD J. GARCIA
                                        District Court Judge

2