```
 1  DENNIS WAKS, Bar # 142581
    Interim Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  HUMBERTO GOMEZ-GARCIA

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. CR-S-05-486 EJG
                                 )
12             Plaintiff,        )
                                 )  STIPULATION AND ORDER
13       v.                      )
                                 )
14  HUMBERTO GOMEZ-GARCIA,       )  Date: February 10, 2006
                                 )  Time: 10:00 A.M.
15                               )
                                 )  Judge: Hon. Edward J. Garcia
16             Defendant.        )
    _____ )
17
```

18       IT IS HEREBY STIPULATED by and between the parties hereto through
19  their respective counsel, MICHAEL BECKWITH, Assistant United States
20  Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal
21  Defender, attorney for defendant, that the current status conference of
22  January 27, 2006 be vacated and a new date of February 10, 2006 be set
23  for status.

24       Defense counsel is still awaiting copies of the complete court
25  file for one of the defendant's prior convictions. Because the file is
26  old, locating and copying the file is taking longer than usual for the
27  Solano County clerk. Review of this file will assist in determining
28  the appropriate criminal history level for Mr. Gomez-Garcia.

1  It is stipulated and agreed between the parties that the period
2 beginning January 27, 2006 to February 10, 2006, should be excluded in
3 computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act for
5 defense preparation.  All parties stipulate and agree that this is an
6 appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4).
8 Dated: January 25, 2006

Respectfully submitted,

DENNIS WAKS
Interim Federal Defender

/s/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
HUMBERTO GOMEZ-GARCIA


MCGREGOR W. SCOTT
United States Attorney

Dated:  January 25, 2006
/s/ MICHAEL BECKWITH
MICHAEL BECKWITH
Assistant U.S. Attorney

**********

**ORDER**

**IT IS SO ORDERED.**

DATED: January 25, 2006

/s/ Edward J. Garcia
HONORABLE EDWARD J. GARCIA
District Court Judge

2